| | |
|---|---|
| KLESTADT & WINTERS, LLP<br>Proposed Substitute Counsel for<br> Ridgemour Meyer Properties, LLC<br>Debtor and Debtor in Possession<br>292 Madison Avenue<br>New York, New York 10017-6314<br>(212) 972-3000 | **Hearing Date:**<br>October 27, 2008<br>2:00 p.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                                : Chapter 11
                                                     :
RIDGEMOUR MEYER PROPERTIES, LLC,    : Case No. 08-13153 (SMB)
                                                     :
                    Debtor.                    :
----------------------------------------------------------------x

## NOTICE OF HEARING ON MOTION TO EMPLOY AND RETAIN KLESTADT & WINTERS, LLP AS SUBSTITUTE ATTORNEYS FOR DEBTOR AND DEBTOR IN POSSESSION

**PLEASE TAKE NOTICE**, that upon the application (the "Motion") of Ridgemour Meyer Properties, LLC (the "Debtor"), debtor and debtor in possession, the undersigned will move this Court before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York New York on October 27, 2008 at 2:00 p.m. or as soon thereafter as counsel may be heard ("Hearing Date"), for the entry of an order authorizing the employment and retention of Klestadt & Winters, LLP as substitute counsel for the Debtor.

PLEASE TAKE FURTHER NOTICE that responses, if any, to the relief requested in the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of the Southern District of New York, set forth the legal and factual therefore, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy

1

Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and served in accordance with General Order M-242, and shall further be served upon (i) Klestadt & Winters, LLP, 292 Madison Avenue, 17th Floor, New York, New York 10017, (ii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Susan Golden, Esq., and (iii) M. Stuart Goldberg, LLC, 81 Main Street, Suite 205, White Plains, NY 10601, so as to be actually received no later than October 27, 2008 at 12:00 noon.

Dated: New York, New York
October 23, 2008

                                                KLESTADT & WINTERS, LLP
                                                Proposed Substitute Attorneys for
                                                Ridgemour Meyer Properties LLC,
                                                Debtor and Debtor in Possession

                                                By: /s/ Tracy L. Klestadt
                                                        Tracy L. Klestadt
                                                        Sean C. Southard
                                                292 Madison Avenue, 17th Floor
                                                New York, New York 10017
                                                Telephone No. (212) 972-3000