SilvermanAcampora LLP
Proposed Counsel to Kenneth P. Silverman, Esq.
the Chapter 11 Operating Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman, Esq.
Robert D. Nosek, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
AT BOWLING GREEN
---------------------------------------------------------x
In re:

Chapter 11
Case No.: 08-13153 (SMB)

RIDGEMOUR MEYER PROPERTIES, LLC,
A Limited Liability Company,

Debtor.
---------------------------------------------------------x

**APPLICATION APPROVING EMPLOYMENT OF SILVERMANACAMPORA LLP**
**AS ATTORNEYS FOR THE CHAPTER 11 OPERATING TRUSTEE**

The application (the "Application") of Kenneth P. Silverman, Esq., the chapter 11 operating trustee (the "Trustee") of the estate of Ridgemour Meyer Properties LLC, A Limited Liability Company (the "Debtor"), seeking the authority to employ SilvermanAcampora LLP ("SilvermanAcampora") as counsel to the Trustee respectfully represents:

1. On August 13, 2008 (the "Filing Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York.

2. On November 14, 2008, the Court ordered the appointment of a chapter 11 operating trustee.

3. On November 17, 2008, Kenneth P. Silverman, Esq. was appointed the chapter 11 operating Trustee for this estate.

4. The Trustee has determined that it is necessary to employ counsel on his behalf in these proceedings in order to assist him in the orderly administration of this estate. Among other things, the Trustee requires counsel in order to prepare the necessary motions, applications and orders and other legal documents that may be required under the Bankruptcy Code in furtherance

of his appointment.

5. Accordingly, the Trustee requests that SilvermanAcampora be retained as attorneys as of November 18, 2008. The Trustee, believes that SilvermanAcampora is well qualified to act as his attorneys and to represent him as the Trustee in this case. As of this date, SilvermanAcampora began reviewing documents pertaining to the Debtor's estate and discussing the relevant issues of the Debtor's case with the Trustee.

6. To the best of the Trustee's knowledge, SilvermanAcampora has no connection with the Debtor's creditors or any other party in interest or their respective attorneys, except as set forth in the attached affidavit of Ronald J. Friedman, Esq. (the "Affidavit"), a member of SilvermanAcampora. Additionally, SilvermanAcampora represents no interest adverse to the Debtor or the estate, or any other interested person in the matters with respect to which SilvermanAcampora is being retained by the Trustee, except as set forth in the attached Affidavit.

7. Furthermore, SilvermanAcampora is a "disinterested person" as that term is defined in §101(14) of the Code and that said firm:

(a) is not a creditor, equity security holder, or insider;

(b) is not and was not, within two (2) years before the date of the filing of the petition, a director, officer, or employee of the Debtor; and

(c) does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

8. Based on the foregoing, the Trustee submits that the retention of SilvermanAcampora as of November 18, 2008, is not only necessary but also in the best interest of this estate.

9. No prior application for relief sought herein has been previously made to this or any other court.



AAP/D275039v/F056283

**WHEREFORE**, the Trustee respectfully prays for the entry of the annexed order authorizing the retention of SilvermanAcampora LLP, and that the Court grant such other and further relief as may be deemed just and proper.

Dated: Jericho, New York
December 3, 2008

By: /s/ Kenneth P. Silverman

Kenneth P. Silverman, Esq.,
as Chapter 11 Operating Trustee
A Member of the Firm
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300

SilvermanAcampora LLP
Proposed Counsel to Kenneth P. Silverman, Esq.
the Chapter 11 Operating Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman, Esq.
Robert D. Nosek, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
AT BOWLING GREEN

--------------------------------------------------------x

In re:

Chapter 11
Case No.: 08-13153 (SMB)

RIDGEMOUR MEYER PROPERTIES, LLC,
A Limited Liability Company,

Debtor.

--------------------------------------------------------x

**AFFIDAVIT IN SUPPORT OF APPLICATION APPROVING EMPLOYMENT OF SILVERMANACAMPORA LLP AS ATTORNEYS FOR THE CHAPTER 11 OPERATING TRUSTEE**

STATE OF NEW YORK )
)ss.:
COUNTY OF NASSAU )

RONALD J. FRIEDMAN, being duly sworn, deposes and says:

1. I am a member of the firm Silverman Acampora LLP ("SilvermanAcampora"), 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753. I have been duly admitted to practice before this Court.

2. SilvermanAcampora does not represent any creditor or any other party in interest in this instant proceeding.

3. SilvermanAcampora is a "disinterested person" as that term is defined by §101(14) of the Code, as modified by §1107(b) and believes that this firm is qualified to act as the attorney for the Trustee in this matter as may be required during the course of this proceeding.

4. The hourly rate for various attorneys and paraprofessionals who will be rendering services on behalf of the Trustee during the pendency of this proceeding ranges from $85.00 to

$575.00 per hour, however, the firm's billing rates are subject to adjustment annually. Hourly rates currently range from $200.00 for associates through $575.00 for partners.

/s/ Ronald J. Friedman
RONALD J. FRIEDMAN

Sworn to before me this
26th day of November, 2008

/s/ Alethea Pinka
Notary Public

ALETHEA PINKA
NOTARY PUBLIC, State of New York
No. # 01PI6122898
Qualified in Suffolk County
Commission Expires 02/22/2009