UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
AT BOWLING GREEN
------------------------------------------------------------x
In re:

RIDGEMOUR MEYER PROPERTIES, LLC,
A Limited Liability Company,

                              Debtor.
------------------------------------------------------------x

Chapter 11
Case No.: 08-13153 (SMB)

### ORDER APPROVING EMPLOYMENT OF SILVERMANACAMPORA LLP AS ATTORNEYS FOR THE CHAPTER 11 OPERATING TRUSTEE

Upon consideration of the application (the "Application") of Kenneth P. Silverman, Esq., the chapter 11 operating trustee (the "Trustee") of the estate of Ridgemour Meyer Properties LLC, A Limited Liability Company (the "Debtor"), seeking the authority to employ SilvermanAcampora LLP ("SilvermanAcampora"), to represent the Trustee under a general retainer as his attorneys; and upon the affidavit of Ronald J. Friedman, Esq., a member of SilvermanAcampora which is attached to the Application; and it appearing that (i) the employment of SilvermanAcampora is necessary and would be in the best interests of the estate; (ii) SilvermanAcampora is a "disinterested person" as that term is defined in 11 U.S.C. §101(14); (iii) SilvermanAcampora is a firm duly qualified to practice in the Courts of the State of New York and before this Court; and (iv) SilvermanAcampora represents no interest adverse to this estate, and no adverse interest appearing thereto and no additional notice being required; it is hereby

**ORDERED**, that in accordance with 11 U.S.C. §327, SilvermanAcampora be, and it hereby is, authorized and empowered to represent the Trustee as his attorneys under a general retainer effective as of November 18, 2008; and, it is further

**ORDERED**, that no compensation or reimbursement of expenses shall be paid for services rendered by SilvermanAcampora except upon a proper application and by further order of this Court.

Dated: New York, New York
      December 12, 2008

                               **/s/ STUART M. BERNSTEIN**
                               Honorable Stuart M. Bernstein
                               Chief United States Bankruptcy Judge

Dated: New York, New York
      December 9, 2008

NO OBJECTION:

/s/ Susan D. Golden
Office of the United States Trustee

AAP/D275041v/F056283