| | |
|---|---|
| RATTET, PASTERNAK & GORDON-OLIVER, LLP<br>Attorneys for the Plan Proponents<br>Ridgemour Development Corporation,<br>W&A Development, LLC, (the "Equity Holders" or "Proponents")<br>550 Mamaroneck Avenue<br>Harrison, New York 10528<br>(914) 381-7400<br><br>ROBERT L. RATTET<br>JAMES B. GLUCKSMAN | HEARING DATE: 6/24/2009<br>@10:00 A.M. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                   :   Chapter 11

                                                         :   Case No. 08-13153 (SMB)
RIDGEMOUR MEYER PROPERTIES, LLC,    :

                                        Debtor.      :
------------------------------------------------------------x

## NOTICE OF HEARING TO CONSIDER APPROVAL
## OF PROPONENTS' DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE**, that Ridgemour Development Corporation, W&A Development, LLC, William A. Meyer and A.J. Rotonde (the "Proponents"), by their attorneys, Rattet, Pasternak & Gordon-Oliver, LLP, will seek approval pursuant to Section 1125 of the Bankruptcy Code of the Plan Proponent's Disclosure Statement dated May 29, 2009 (the "<u>Disclosure Statement</u>"), a copy of which will be electronically filed May 29, 2009 or as soon thereafter as possible, and may be further obtained from the undersigned upon written request, at a hearing to be held before the Honorable Stuart M. Bernstein, Chief Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, Courtroom 723, New York, New York 10004, on June 24, 2009 at 10:00 a.m., or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the Disclosure Statement must be in writing, filed with the Bankruptcy Court at the court's website www.nysb.uscourts.gov/ (a password and login are required), with a copy delivered directly to Chambers, and served upon the undersigned on or before June 17, 2009 at 5:00 p.m.

Dated: Harrison, New York
       May 29, 2009

                        RATTET, PASTERNAK & GORDON-OLIVER, LLP
                        Attorneys for the Plan Proponents
                        550 Mamaroneck Avenue
                        Harrison, New York 10528
                        (914) 381-7400

                            */s/ James B. Glucksman*
                    By:_____
                          James B. Glucksman (6107)

To:    Office of the U.S. Trustee
        Counsel to the Chapter 11 Trustee
        All Creditors and Parties in Interest
        All Parties Filing Notices of Appearance