

**RIKER
DANZIG
SCHERER
HYLAND
PERRETTI**LLP

ATTORNEYS AT LAW

Kevin J. Larner
Attorney

Direct:
973.451.8529
klarner@riker.com
Reply to: Morristown

August 12, 2009

**Via ECF and Federal Express**

Hon. Stuart M. Bernstein
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, 7th Floor
New York, NY 10004

Re: **Ridgemour Meyer Properties, LLC
Case No. 08-13153 (SMB)**

Dear Chief Judge Bernstein:

This firm represents Ginsburg Development Companies, LLC ("GDC"). Please accept this letter response to the Request for Adjournment (the "Request") filed by Ridgemour Development Corp., W&A Development LLC, William Meyer and A.J. Rotonde (collectively "Equity Holders"), which was filed as Docket No. 216 in the above-referenced case earlier today.

GDC objects to the requested adjournment.

As the Court may recall, GDC's motion to convert has been repeatedly adjourned at the request of the Equity Holders, in large part, as a result of Mr. Levy's vacations throughout the months of June and July. While Mr. Levy's current illness is unfortunate, the appraisal report upon which Mr. Levy was due to testify was also signed by his colleague Sean Millette.

Additionally, the Equity Holders' statement that their other witness, Mr. Warshauer, is unavailable to testify until September is belied by their own email communication which is attached as Exhibit "B" to the Request. Mr. Warshauer's statement that he is available only on Wednesday September 9th, if necessary, was in direct response to the Equity Holders' incorrect statement that the hearing would not resume until after Labor Day.

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628
London Affiliate: 33 Cornhill, London EC3V 3ND, England • t: +44 (0) 20.7877.3270 f: +44 (0) 20.7877.3271
www.riker.com

As a result of the foregoing, GDC respectfully objects to the Equity Holders' Request, and submits that the adjournment request should be denied and the hearing on GDC's motion to convert should go forward on August 17, 2009.

Respectfully submitted,

*Joseph J. Schwartz/KJL*

Joseph L. Schwartz

cc: (all via e-mail)
    Robert Rattet, Esq.
    Jeffrey Weinberger, Esq.
    Robert Nosek, Esq.

3972673.1